## Louisville & Jefferson County Metropolitan Sewer Dist. v. B. F. Goodrich Co.

October 18, 1949.

W. Scott Miller, Judge.

See also 307 Ky. 689, 211 S. W. 2d 867.

Gilbert Burnett and Blakey Helm for appellant.

Ogden, Galphin & Abell for appellee.

Van Sant, Commissioner—Dismissing appeal.

Since no appeal was granted in the Lower Court and one has not been prayed in this Court, we are without jurisdiction to review the judgment. Section 734, Civil Code of Practice. Imperial Bank of Olive Hill v. Commonwealth, ex rel. Bruner, Secretary of State, 138 Ky. 746, 129 S. W. 95.

There being no appeal, the transcript filed by appellant must be, and hereby is stricken from the Docket.